UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GENEVIEVE SIRUSAITE, | Case No. 3:25-cv-00471-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO STRIKE** |
| v. | [ECF No. 8] |
| BRENDAN KISSANE, | |
| Defendant. | |

Before the Court is Defendant Brendan Kissane's ("Kissane") motion to strike scandalous allegations from the complaint. (ECF No. 8.) Specifically, Kissane asks the Court to strike the portion of paragraph 12 of the complaint that alleges Kissane had intimate relations with sex workers. (*Id.* at 2; *see also* ECF No. 1-1 at 3.) No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

Therefore, Defendant's motion to strike scandalous allegations from the complaint, (ECF No. 8), is **GRANTED**. The language in paragraph 12 "—including sex workers—" is deemed **STRICKEN**. *See* Fed. R. Civ. P. 12(f) (noting that a court may strike "scandalous matter" from a pleading).

**DATED**: October 2, 2025.

UNITED STATES MAGISTRATE JUDGE