**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GENEVIEVE SIRUSAITE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRENDAN KISSANE,<br><br>　　　　　　　　Defendant. | Case No. 3:25-CV-00471-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On September 16, 2025, the Clerk of Court entered a notice that this case was randomly assigned to District Judge Anne R. Traum and Magistrate Judge Carla Baldwin for all further proceedings. (ECF No. 11.) The Court mailed this document to the address on file for Plaintiff, but on October 3, 2025, it was returned as undeliverable. (ECF No. 16.) This indicates Plaintiff no longer resides at the address on file with the Court. However, Plaintiff has not filed a change of address. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

**IT IS THEREFORE ORDERED** that Plaintiff shall file a notice of change of address by **Friday, November 7, 2025**, or this Court will recommend that this action be dismissed.

**IT IS FURTHER ORDERED** that this case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

**DATED**:  October 6, 2025 .

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**